**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to Fair Labor Standards Act
29 U.S.C. § 216(b)

*Jones, et al., v. Aero Service Group, Inc. et al.*

Name: Kevin P. Roe

Mailing Address: 5866 Woodvalley Rd
Elkridge MD 21075

Email Address: kproe88@aol.com

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I consent and agree to pursue my claims arising out of unpaid wages and unpaid overtime work I performed for Aero Service Group, Inc., Aero Service Partners, LLC, Cheng Lor, Bob Helman directly and as joint employers in Maryland, since October 11, 2010.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq. to recover unpaid wages, overtime and other benefits including liquidated damages. I hereby consent, agree and opt in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

4. I choose to be represented by class counsel Public Justice Center, Howard B. Hoffman, Esquire, Attorney at Law and Bradford W. Warbasse, Esq. for all purposes in this action and to take any steps necessary to pursue my claims, including filing new lawsuits.

5. I also designate any named plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due my attorneys, and all other matters pertaining to this lawsuit.

1-24-2014
(Date Signed)

Kevin Roe
(Signature)